IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02066-DDD-STV

KAPITAL TESFALDET TEKALI,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security in his official capacity,
TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement in his
official capacity,
GEORGE VALDEZ, Denver Field Office Director, U.S. Immigration and Customs
Enforcement in his official capacity,
TODD BLANCHE, Acting Attorney General in his official capacity, and
JUAN BALTASAR, Warden, Denver Contract Detention Facility in his official capacity,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed
June 29, 2026, and the Order, entered July 17, 2026 by the Honorable Daniel D.
Domenico, Chief United States District Judge, and incorporated herein by reference as
if fully set forth, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT
PREJUDICE.

DATED at Denver, Colorado this 17th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk